**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRANKLIN OMAR BONILLA FUENTES, | Case No.: 26-cv-4129-BJC-AHG |
| Petitioner, | **ORDER GRANTING JOINT MOTION TO DISMISS WITHOUT PREJUDICE [ECF NO. 4]** |
| v. | |
| JEREMY CASEY, et al, | |
| Respondents. | |

On July 17, 2026, Petitioner filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. ECF Nos. 1. On July 23, 2026, the parties filed a Joint Motion to Dismiss Without Prejudice. ECF No. 4. Good cause appearing, the Court **GRANTS** the Joint Motion and dismisses the action without prejudice. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED**

Dated: July 27, 2026

_Bryan Cheeks_

Honorable Benjamin J. Cheeks
United States District Judge

26-cv-4129-BJC-AHG